IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Polk Jr., Ben | Case Number: 05 B 20561 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/15/08 | Filed: 5/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 14, 2007
Confirmed: August 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,597.64 | |
| Secured: | | 858.66 |
| Unsecured: | | 5,060.33 |
| Priority: | | 0.00 |
| Administrative: | | 1,900.00 |
| Trustee Fee: | | 412.84 |
| Other Funds: | | 1,365.81 |
| Totals: | 9,597.64 | 9,597.64 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,900.00 | 1,900.00 |
| 2. | Balaban Furniture Ltd | Secured | 858.66 | 858.66 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 447.30 | 401.39 |
| 4. | Loan Express Company | Unsecured | 31.50 | 24.68 |
| 5. | Nuvell Financial Services | Unsecured | 1,680.79 | 1,508.21 |
| 6. | Consumer Portfolio Services | Unsecured | 193.02 | 173.21 |
| 7. | Asset Acceptance | Unsecured | 167.83 | 150.60 |
| 8. | Balaban Furniture Ltd | Unsecured | 169.32 | 152.00 |
| 9. | Midwest Training Center Inc | Unsecured | 2,953.48 | 2,650.24 |
| 10. | Illinois Dept Of Employment Sec | Priority | | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | Household Tax Masters | Unsecured | | No Claim Filed |
| 13. | Holy Cross Hospital | Unsecured | | No Claim Filed |
| 14. | Evergreen Medical Specialist | Unsecured | | No Claim Filed |
| 15. | Marlin Integrated Capital | Unsecured | | No Claim Filed |
| 16. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 17. | Robert J Adams & Associates | Unsecured | | No Claim Filed |
| 18. | Partners Financial Services | Unsecured | | No Claim Filed |
| 19. | MCI | Unsecured | | No Claim Filed |
| 20. | Will County Clerk | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,401.90 | $ 7,818.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 29.15 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Polk Jr., Ben | Case Number: 05 B 20561 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/15/08 | Filed: 5/23/05 |

|   |   |
|---|---|
| 5.5% | 224.05 |
| 5% | 65.60 |
| 4.8% | 57.47 |
| 5.4% | 36.57 |
|   | _____ |
|   | $ 412.84 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____